No. 78–470.   PORTNER *v.* COMMUNITY STATE BANK & TRUST Co. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 78–471.   NELSON *v.* PENTECOSTAL CHURCH OF GOD, INC., M. I., ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 78–472.   LEMM *v.* WASHINGTON SUBURBAN SANITARY COMMISSION.   Ct. Sp. App. Md.   Certiorari denied.

No. 78–474.   PRINCETON COMMUNITY PHONE BOOK, INC., ET AL. *v.* BATE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 78–476.   FLORIDA POWER & LIGHT CO. *v.* GAINESVILLE UTILITIES DEPARTMENT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 78–480.   BLANCO *v.* CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Ventura.   Certiorari denied.

No. 78–481.   INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL No. 6, AFL–CIO *v.* SAN FRANCISCO ELECTRICAL CONTRACTORS ASSN., INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 78–485.   TEXAS COMMITTEE ON NATURAL RESOURCES *v.* BERGLAND, SECRETARY OF AGRICULTURE, ET AL.   C. A. 5th Cir. Certiorari denied.

No. 78–501.   KOROS ET UX. *v.* CREDIT BUREAU, INC., OF GEORGIA ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 78–509.   28 EAST JACKSON ENTERPRISES, INC. *v.* ROSEWELL, TREASURER OF COOK COUNTY, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 78–590.   BLASCO ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.